.THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO DAVID COHEN and JACK COHEN, Appellants.— Judgment reversed, the information dismissed and the fines remitted upon the ground that the guilt of the defendants was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.; Heffernan, J., dissents and votes to affirm.

■

BARBARA H. HARTSHORNE, Respondent, v. IRVING TRUST COMPANY, Appellant. — The complaint alleges no breach of duty on the part of the defendant or obligation under the trust agreement to pay the income of the trust to the plaintiff, nor is there any ambiguity in the trust instrument requiring construction. The complaint is therefore insufficient. Order reversed, without costs, and the motion to dismiss the complaint granted. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.; Dore and Cohn, JJ., dissent and vote to affirm.

■

In the Matter of the CITY OF NEW YORK, Acting on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Appellant-Respondent, Relative to Acquiring Title to Real Property Bounded by Balcom Avenue and Other Streets in the Borough of The Bronx, Selected as a Site for THROGGS NECK HOUSES. JOHN RICHARDSON, Respondent; MARIE P. MARSHALL, Respondent-Appellant.— Cross appeals by the city and claimant Marshall with regard to the quantum of awards of eleven D.P.s (Marie P. Marshall, claimant) and five D.P.s (John Richardson, claimant) out of the 121 damage parcels in this proceeding. On the appeal by claimant Marshall with respect to D.P.s 98, 113 and 119, the decree appealed from is affirmed. On city's appeal the decree appealed from is modified by reducing the awards on D.P.s 71, 74 and 77 as hereinafter indicated: D.P. 71 from $38,000 to $27,900; D.P. 74 from $24,600 to $20,550; D.P. 77 from $24,380 to $20,240 and, as so modified, affirmed, with costs to the successful parties against the unsuccessful. The reduction made on the three damage parcels modified on the ground that the allowances fixed for such parcels are not sustained by the evidence. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.